UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON RISHAWN CREWS,

      Plaintiff,

 v.

PATTY JACKSON, et al.,

      Defendants.

Case No. 3:23-cv-06145-JNW-TLF

ORDER TO SHOW CAUSE

On December 2, 2024, the Court received a letter from counsel for Defendants Pierce County Council, and Patty Jackson, informing the Court that *pro se* Plaintiff Brandon Crews' claims are of similar nature to those in *Wolfclan v. Pierce County, et al.,* No. 3:23-cv-5399-TSZ-SKV. Dkt. 20. Counsel did not file a motion, or give notice to this Court of a motion to consolidate, and there is no indication whether there has been a meet and confer with other parties as required by the Court's local rules. *See* Western District of Washington Local Civil Rule (LCR) 42.

Therefore, Counsel did not formally request that this case be transferred and consolidated with the *Wolfclan* litigation. It is also unclear, because the letter was sent to the Court by mail and was not filed on the docket by counsel, whether other parties have received notice or whether there has been any effort to meet and confer. As a result of these circumstances, the Court orders Defendants Pierce County Council and Patty Jackson to clarify whether they intend to file a motion to consolidate, and if so,

ORDER TO SHOW CAUSE - 1

when any such motion will be filed. Defendant is instructed to respond to this Order to Show Cause on or before January 24, 2025, and the response must be filed on the docket.

Dated this 10th day of January, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2